UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  SWEENEY, CHRISTINA

Case No.: 17-25376
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __10/17/17__ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
6 Shirley Lane
Hamilton, NJ
Value: $233,488.00
debtor owns 1/2

Liens on property: PNC - $176,531.00

Amount of equity claimed as exempt: $28,478.00 cost of sale would diminish equity.

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

*rev.8/1/15*

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-25376-KCF
Christina L. Sweeney                                           Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3       User: admin              Page 1 of 2         Date Rcvd: Sep 11, 2017
                           Form ID: pdf905          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db            +Christina L. Sweeney,    6 Shirley Lane,    Hamilton, NJ 08610-2417
516972780     +American Web Loan,    10026-A South Mingo Road,    Suite 189,    Tulsa, OK 74133-5700
516972784      CITI Bank,   Box 6062,    Sioux Falls, SD 57117-6062
516972781     +Capital One,   Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516972782      Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
516972783     +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516972785     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516972786     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
516972787     +Comenity Bank/Express,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516972788     +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516972789      Express,   PO Box 659728,    San Antonio, TX 78265-9728
516972790     +Golden Valley Lending,    635 East Highway 20,    Upper Lake, CA 95485-8793
516972792      Loan Depot,   PO Box 503550,    San Diego, CA 92150-3550
516972793     +Macy's,   PO Box 8113,    Mason, OH 45040-8113
516972794     +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516972796     +Oswald and Zoschak,    34 Franklin Corner Road,    Lawrence Township, NJ 08648-2102
516972797     +PNC Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516972798     +Santander Bank Na,    Po Box 12646,    Reading, PA 19612-2646
516972799      Santander Bank, N.A.,    PO Box 12768,    Reading, PA 19612-2768
516972800     +Sean Sweeney,    Att: Jeffrey Solar,    349 Bustleton Pike,    Feasterville-Trevose, PA 19053-6483
516972807      Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
516972808     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2017 00:28:25      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2017 00:28:22      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516972791      E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 00:36:44      JC Penney,   Synchrony Bank,
                PO Box 965009,   Orlando, FL 32896-5009
516972795     +E-mail/PDF: cbp@onemainfinancial.com Sep 12 2017 00:36:28      OneMain,   Attn: Bankruptcy,
                601 Nw 2nd St,   Evansville, IN 47708-1013
516972801      E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 00:36:44      Sleepy's/Synchrony,
                PO Box 965030,   Orlando, FL 32896-5030
516972802     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 00:36:44      Syncb/Lord & Taylor,
                Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516972803     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 00:36:31      Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516972804     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 00:36:17      Synchrony Bank/Amazon,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516972805     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 00:36:17      Synchrony Bank/HH Gregg,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
516972806     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 00:36:44      Synchrony Bank/Walmart,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.



I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2017                          Signature:  /s/Joseph Speetjens
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 11, 2017
                              Form ID: pdf905          Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:

```
          Allen I Gorski    on behalf of Debtor Christina L. Sweeney agorski@gorskiknowlton.com
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 4
```