Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                Case No.:  17–25376–KCF  
                Chapter:  7  
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Christina L. Sweeney  
   aka Christina Loughlin  
   6 Shirley Lane  
   Hamilton, NJ 08610

Social Security No.:  
   xxx–xx–0151

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 9, 2017</u>                 <u>Kathryn C. Ferguson</u>  
                                                    Judge, United States Bankruptcy Court