**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christina L. Sweeney | Social Security number or ITIN xxx–xx–0151 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–25376–KCF | |

## Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Christina L. Sweeney
   aka Christina Loughlin

11/9/17                                                                         **By the court:** <u>Kathryn C. Ferguson</u>
                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Christina L. Sweeney
       Debtor

Case No. 17-25376-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 09, 2017
                             Form ID: 318     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.
```
db            +Christina L. Sweeney,    6 Shirley Lane,    Hamilton, NJ 08610-2417
516972780     +American Web Loan,    10026-A South Mingo Road,    Suite 189,    Tulsa, OK 74133-5700
516972782      Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
516972785     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516972786     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
516972790     +Golden Valley Lending,    635 East Highway 20,    Upper Lake, CA 95485-8793
516972792      Loan Depot,    PO Box 503550,    San Diego, CA 92150-3550
516972794     +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516972796     +Oswald and Zoschak,    34 Franklin Corner Road,    Lawrence Township, NJ 08648-2102
516972797     +PNC Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516972798     +Santander Bank Na,    Po Box 12646,    Reading, PA 19612-2646
516972799      Santander Bank, N.A.,    PO Box 12768,    Reading, PA 19612-2768
516972800     +Sean Sweeney,    Att: Jeffrey Solar,    349 Bustleton Pike,    Feasterville-Trevose, PA 19053-6483
516972808     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 21:47:43     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 21:47:42     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516972784      EDI: CITICORP.COM Nov 09 2017 21:38:00      CITI Bank,    Box 6062,    Sioux Falls, SD 57117-6062
516972781     +EDI: CAPITALONE.COM Nov 09 2017 21:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                Salt Lake City, UT 84130-0253
516972783     +EDI: CHASE.COM Nov 09 2017 21:38:00      Chase Card Services,    Correspondence Dept,
                Po Box 15278,    Wilmington, DE 19850-5278
516972787     +EDI: WFNNB.COM Nov 09 2017 21:38:00      Comenity Bank/Express,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
516972788     +EDI: WFNNB.COM Nov 09 2017 21:38:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
516972789      EDI: WFNNB.COM Nov 09 2017 21:38:00      Express,    PO Box 659728,    San Antonio, TX 78265-9728
516972791      EDI: RMSC.COM Nov 09 2017 21:38:00      JC Penney,    Synchrony Bank,    PO Box 965009,
                Orlando, FL 32896-5009
516972793     +EDI: TSYS2.COM Nov 09 2017 21:38:00      Macy's,    PO Box 8113,    Mason, OH 45040-8113
516972795     +EDI: AGFINANCE.COM Nov 09 2017 21:38:00      OneMain,    Attn: Bankruptcy,    601 Nw 2nd St,
                Evansville, IN 47708-1013
516972801      EDI: RMSC.COM Nov 09 2017 21:38:00      Sleepy's/Synchrony,    PO Box 965030,
                Orlando, FL 32896-5030
516972802     +EDI: RMSC.COM Nov 09 2017 21:38:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,    Po Box 103104,
                Roswell, GA 30076-9104
516972803     +EDI: RMSC.COM Nov 09 2017 21:38:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
516972804     +EDI: RMSC.COM Nov 09 2017 21:38:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
516972805     +EDI: RMSC.COM Nov 09 2017 21:38:00      Synchrony Bank/HH Gregg,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
516972806     +EDI: RMSC.COM Nov 09 2017 21:38:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
516972807      EDI: WFNNB.COM Nov 09 2017 21:38:00      Victoria's Secret,    PO Box 659728,
                San Antonio, TX 78265-9728
                                                                                               TOTAL: 18
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                Date Rcvd: Nov 09, 2017
                              Form ID: 318               Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Allen I Gorski    on behalf of Debtor Christina L. Sweeney agorski@gorskiknowlton.com
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```